UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGEB Y. HUSSAIN,
Plaintiff,

v.

YEMENI CONSULATE OF SAN FRANCISCO, et al.,
Defendants.

Case No. 26-cv-03240-HSG

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION TO DISMISS**

Re: Dkt. No. 10

The Court has reviewed Magistrate Judge Beeler's Report and Recommendation to Dismiss. Dkt. No. 10. The time for objections has passed and none were filed. The Court finds the Report correct, well-reasoned, and thorough, and adopts it in every respect. Accordingly,

**IT IS HEREBY ORDERED** that this case is dismissed. The Clerk is directed to enter judgment in favor of Defendants Yemeni Consulate of San Francisco, Mansoor Ismael, ABM Owner Moe, a/k/a Mohammed Alqartahi, Mosa Albadani, and Waleed Albadani and against Plaintiff Mageb Y. Hussain, and to close the file.

**IT IS SO ORDERED.**

Dated: October 15, 2026

Haywood S. Gilliam, Jr.

HAYWOOD S. GILLIAM, JR.
United States District Judge

United States District Court
Northern District of California