United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MAGEB Y. HUSSAIN,

Plaintiff,

v.

YEMENI CONSULATE OF SAN FRANCISCO, et al.,

Defendants.

Case No. 26-cv-03240-HSG

**JUDGMENT**

Judgment is hereby entered consistent with the Court's Order Adopting Magistrate Judge Beeler's Report and Recommendation to Dismiss. This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

Dated at Oakland, California, this 15th day of October, 2026.

Mark B. Busby
Clerk of Court

By: ______________________
Nikki D. Riley
Deputy Clerk to the Honorable
HAYWOOD S. GILLIAM, JR.